## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   MADELINE BRADSTOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-12-975-L |
| | ) | |
| 2.   STANDARD INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

The parties, pursuant to FRCP 41 (a), represent to the Court they have negotiated a settlement of all claims and thus stipulate the referenced action is dismissed with prejudice, each party bearing their own costs and attorneys fees.

**LAW OFFICES OF MARK S. COOPER, P.C.**

_____/s/ Mark S. Cooper_____
MARK S. COOPER, OBA# 12614
225 N. Peters Suite 8
Norman, Oklahoma 73069
(405) 292-7600 Telephone
(405) 366-7657 Facsimile

ATTORNEY FOR MADELINE BRADSTOCK

   /s/ Leasa M. Stewart
Leasa M. Stewart
GABLEGOTWALS
One Leadership Square, 15th Floor
211 N. Robinson
Oklahoma City, OK 73102-7101
(405) 235-5500 Telephone
(405) 235-2875 Facsimile
Lstewart@gablelaw.com

ATTORNEY FOR STANDARD INSURANCE COMPANY